469 A.2d 280

Jackson, Appellant v. State Farm Ins. Co.

Submitted September 7, 1983. Allen L. Feingold, for appellant; Byron L. Milner, for appellee.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.